# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

KAITLYN FALANDYSZ,

    Plaintiff,

    v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

    Defendant.

CIVIL ACTION NO. 3:20-cv-02306

(SAPORITO, M.J.)

## ORDER

AND NOW, this 2nd day of August, 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1.    The Commissioner's administrative decision denying the plaintiff's claims for supplemental security income is **AFFIRMED**;

2.    The Clerk is directed to enter **JUDGMENT** in favor of the Commissioner and against the plaintiff; and

3.    The Clerk is directed to mark this case as **CLOSED**.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge